16446. AMERICAN TRUST & BANKING COMPANY, adm'r, *v.*

SHAW *et al.*

BLOODWORTH, J. Twice has this case been before the Supreme Court. See *Shaw* v. *Probasco*, 139 *Ga.* 481 (77 S. E. 577), and *Probasco* v. *Shaw*, 144 *Ga.* 416 (87 S. E. 466). Under the principles announced in those decisions, when applied to the facts on the last trial, no ground of the motion for a new trial shows error that requires a reversal of the judgment. The principles of law involved have been definitely settled by the foregoing decisions; and as the evidence on the last trial is sufficient to support the verdict then rendered, the judge did not err in overruling the motion for a new trial.

*Judgment affirmed. Luke, J., concurs. Broyles, C. J., dissents.*

DECIDED OCTOBER 7, 1925.

Complaint; from Walker superior court—Judge Wright. March 7, 1925.

*Norman Shattuck, Henry & Jackson,* for plaintiff.

*Rosser & Shaw,* for defendants.